**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Dean M. Harmon Jr.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT AND BARRETT MOONEY,<br><br>Defendants. | No.: 2:21-cv-01810-CAS-E<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF DEAN M. HARMON JR.'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Christina A. Snyder<br>Date:  June 7, 2021<br>Time: 10:00 a.m.<br>Courtroom #8D |
| CRISTIAN JESÚS MERINO MADRID, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY, Defendants. | No.: 2:21-cv-01991-CAS-E<br><br>Judge: Hon. Christina A. Snyder |

I, ADAM M. APTON hereby declare that:

1.     I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Dean M. Harmon Jr. ("Movant"), and proposed Lead Counsel for the class.

2.     I make this Declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.     Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

4.     Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

5.     Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first action, which was filed in this Court on February 26, 2021.

6.     Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: April 27, 2021                    */s/ Adam M. Apton*
                                         Adam M. Apton

DECLARATION OF ADAM M. APTON
Case Nos. 2:21-cv-01810-CAS-E, 2:21-cv-01991-CAS-E
2

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner with Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On April 27, 2021, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF DEAN M. HARMON JR. FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 27, 2021.

/s/ Adam M. Apton

Adam M. Apton