# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Dean M Harmon Jr , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Sykesville, Maryland and have a High School Diploma. I am self-employed as the founder and owner of Clover Transportation, LLC, a school bus contracting company, that has been in business for the last 12 years. As the owner of Clover, I manage and oversee 11 employees. I have been investing in securities for 20 years.

2. I have reviewed a complaint filed in the actions.

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in AgEagle Aerial Systems, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this March 11, 2021 .

Name: Dean M Harmon Jr

Signed:

| Case Name | AgEagle Aerial Systems, Inc. |
|---|---|
| Ticker | UAVS |
| Class Period | 09-03-2019 to 02-18-2021 |

**Client Name**

Dean M. Harmon Jr.

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-04-2021 | P | 51 | $ 11.4544 |
| 02-10-2021 | P | 1423 | $ 16.16 |
| 02-10-2021 | P | 300 | $ 13.15 |
| 02-11-2021 | P | 1681 | $ 14.66 |