# EXHIBIT B

| | |
|---|---|
| **Client Name** | Dean M Harmon Jr |
| **Company Name** | AgEagle Aerial Systems, Inc. |
| **Ticker Symbol** | UAVS |
| **Security Type** | |
| **Class Period Start** | 09-03-2019 |
| **Class Period End** | 02-18-2021 |
| **90-DAY Lookback Period Start** | 02-19-2021 |
| **90-DAY Lookback Period End** | 04-27-2021 |
| **90-DAY Lookback Average** | $ 07.02 |
| **Pre Class Period Holdings** | 51 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $25,359.21 |
| *DURA LIFO\* Total* | $25,359.21 |
| Gross Shares Purchased | 3,455.00 |
| Net Shares Retained | 3,455.00 |
| Net Funds Expended | $ 53,068.31 |

### Dean M Harmon Jr

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 02-04-2021 | 51 | 11.4544 | $ 584.17 | 03-05-2021 | | 51 | $ 08.02 | | $ 409.02 | 51 | - | $ 07.02 | | $ 175.15 | $ 175.15 |
| 02-10-2021 | 1423 | 16.16 | $ 22,995.68 | 03-05-2021 | | 1423 | $ 08.02 | | $ 11,412.46 | 1423 | - | $ 07.02 | | $ 11,583.22 | $ 11,583.22 |
| 02-10-2021 | 300 | 16.15 | $ 4,845.00 | 03-05-2021 | | 300 | $ 08.02 | | $ 2,406.00 | 300 | - | $ 07.02 | | $ 2,439.00 | $ 2,439.00 |
| 02-11-2021 | 400 | 14.66 | $ 5,864.00 | 03-05-2021 | | 400 | $ 08.02 | | $ 3,208.00 | 400 | - | $ 07.02 | | $ 2,656.00 | $ 2,656.00 |
| 02-11-2021 | 300 | 14.66 | $ 4,398.00 | 03-05-2021 | | 300 | $ 08.02 | | $ 2,406.00 | 300 | - | $ 07.02 | | $ 1,992.00 | $ 1,992.00 |
| 02-11-2021 | 606 | 14.66 | $ 8,883.96 | 03-05-2021 | | 606 | $ 08.02 | | $ 4,860.12 | 606 | - | $ 07.02 | | $ 4,023.84 | $ 4,023.84 |
| 02-11-2021 | 375 | 14.66 | $ 5,497.50 | 03-05-2021 | | 375 | $ 08.02 | | $ 3,007.50 | 375 | - | $ 07.02 | | $ 2,490.00 | $ 2,490.00 |
| **Total:** | **3,455** | | **$ 53,068.31** | | | **3455** | | | **$ 27709.1** | **3,455** | | | | **$ 25,359.21** | **$ 25,359.21** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corective disclosures matched to intra-class period purchases.