Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY, <br><br> Defendants. | Case No. 2:21-cv-01810-CAS-E <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF QIAN ZHAO TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL** <br><br> CLASS ACTION <br><br> JUDGE: Christina A. Snyder <br> Hearing Date: June 7, 2021 <br> Time: 10:00 a.m. <br> CTRM: 8D – First Street Courthouse |

[Additional caption on next page]

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION
QIAN ZHAO TO CONSOLIDATE RELATED ACTIONS, FOR
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF
COUNSEL – 2:21-cv-01810-CAS-E

| | |
|---|---|
| CRISTIAN JESÚS MERINO MADRID, Individually and on behalf of all others similarly situated, | Case No. 2:21-cv-01991-CAS-E |
| | CLASS ACTION |
| Plaintiff, | |
| | JUDGE: Christina A. Snyder |
| v. | |
| | |
| AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY, | |
| | |
| Defendants. | |

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for Qian Zhao ("Movant"). I make this declaration in support of Movant's motion to consolidate related actions, for appointment as Lead Plaintiff and for approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    PSLRA certification of Movant;

Exhibit 3:    Movant's loss chart; and

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION QIAN ZHAO TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL – 2:21-cv-01810-CAS-E

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 27th day of April, 2021.

/s/Laurence M. Rosen
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION QIAN ZHAO TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL – 2:21-cv-01810-CAS-E

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 27, 2021, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF QIAN ZHAO TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 27, 2021.


/s/Laurence M. Rosen
Laurence M. Rosen

4

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION QIAN ZHAO TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL – 2:21-cv-01810-CAS-E