# Exhibit 3

**AgEagle Aerial Systems Loss Chart**
**Class Period: September 3, 2019 and February 18, 2021**

**Lookback Price**
7.036086957

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhao, Qian | Opening position: | 140 | | | | | | | | | |
| | 1/20/2021 | 7,000 | ($13.41) | ($93,870.00) | 1/29/2021 | 20,888 | $9.74 | $203,449.12 | | | |
| | 1/20/2021 | 3,491 | ($12.85) | ($44,859.35) | | | | | | | |
| | 1/21/2021 | 10,257 | ($13.01) | ($133,443.57) | | | | | | | |
| | | 20,888 | | ($272,172.92) | | 20,888* | | $203,449.12 | 0 | $0.00 | ($68,723.80) |

*Excess shares matched to opening position