**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (213) 612-7222
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
         passmore@bespc.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY, <br><br> Defendants. | Case No. 2:21-cv-01810-CAS <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF THE AGEAGLE INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge: Honorable Christina A. Snyder <br> Hearing Date: May 24, 2021 <br> Time: 10:00 a.m. <br> Courtroom: Courtroom 8D – 8th Floor |

[Caption continued on following page]

CRISTIAN JESÚS MERINO MADRID, Individually and on Behalf of All Others Similarly Situated,

             Plaintiff,

        v.

AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,

             Defendants.

Case No. 2:21-cv-01991-CAS

CLASS ACTION

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movants Liyuan Wei, Bruce Morgan, and Richard Allen (the "AgEagle Investor Group" or "Movant") and proposed lead counsel for the Class.[1]

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of actions, appointment as lead plaintiff, and approval of its selection of BES as lead counsel for the Class.

3.      Attached hereto are true and correct copies of the following:

Exhibit 1:    Private Securities Litigation Reform Act of 1995 certifications signed by the members of the AgEagle Investor Group attaching his or her securities transactions during the Class Period in Schedule A(s), thereto;

Exhibit 2:    Loss chart(s) detailing Movant's estimated financial losses;

Exhibit 3:    Joint Declaration of the AgEagle Investor Group;

Exhibit 4:    Press release published February 26, 2021, on *Business Wire* announcing the pendency of the first-filed securities class action against Defendants herein:  *Lopez v. AgEagle Aerial Systems, Inc., et al.*, Case No. 1:21-cv-01810-CAS; and

Exhibit 5:    BES firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 27th day of April, 2021.

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato

---

[1]  The "Class" consists of all persons or entities, other than defendants, that purchased or otherwise acquired AgEagle Aerial Systems, Inc. securities between September 3, 2019 and February 18, 2021, inclusive (the "Class Period").