# Exhibit 2

**AgEagle Aerial Systems, Inc.**

| | |
|---|---|
| Company Name | AgEagle Aerial Systems, Inc. |
| Ticker Symbol | UAVS |
| Security Type | Common Stock |
| Class Period Start | 09/03/2019 |
| Class Period End | 02/18/2021 |
| 90-DAY Lookback Period Start | 02/19/2021 |
| 90-DAY Lookback Period End | 04/27/2021 |
| 90-DAY Lookback Average | $7.0221 |

| Movant | Loss |
|---|---|
| Liyuan Wei | ($5,746.00) |
| Bruce Morgan | ($3,535.82) |
| Richard Allen | ($8,127.87) |
| **Total Loss** | **($17,409.69)** |

| Client Name | Liyuan Wei |
|---|---|
| Company Name | AgEagle Aerial Systems, Inc. |
| Ticker Symbol | UAVS |
| Security Type | Common Stock |
| Class Period Start | 09/03/2019 |
| Class Period End | 02/18/2021 |
| 90-DAY Lookback Period Start | 02/19/2021 |
| 90-DAY Lookback Period End | 04/27/2021 |
| 90-DAY Lookback Average | $7.0221 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($5,746.00) |
| Net Shares Retained | 1,477.00 |

### Account 1

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/28/2021 | 100 | $10.01 | ($1,001.00) | | | ($1,001.00) |
| 1/28/2021 | -20 | | | $10.69 | $213.80 | ($787.20) |
| 2/2/2021 | 70 | $10.89 | ($762.30) | | | ($1,549.50) |
| 2/8/2021 | -85 | | | $11.46 | $974.10 | ($575.40) |
| 2/9/2021 | 6 | $11.78 | ($70.68) | | | ($646.08) |
| 2/9/2021 | 70 | $12.65 | ($885.50) | | | ($1,531.58) |
| 2/23/2021 | -100 | | | $9.21* | $921.00 | ($610.58) |
| | | | | | **Subtotal** | ($610.58) |
| | | | | | **Retained Share Value** | $287.91 |
| | | | | | **Total** | ($322.67) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

### Account 2

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/3/2021 | 182 | $11.09 | ($2,018.38) | | | ($2,018.38) |
| 2/3/2021 | -11 | | | $11.35 | $124.85 | ($1,893.53) |
| | | | | | **Subtotal** | ($1,893.53) |
| | | | | | **Retained Share Value** | $1,200.78 |
| | | | | | **Total** | ($692.75) |

### Account 3

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/17/2021 | 16 | $14.82 | ($237.12) | | | ($237.12) |
| | | | | | Subtotal | ($237.12) |
| | | | | | Retained Share Value | $112.35 |
| | | | | | Total | ($124.77) |

### Account 4

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/15/2021 | 100 | $9.96 | ($996.00) | | | ($996.00) |
| 1/27/2021 | -100 | | | $11.18 | $1,118.00 | $122.00 |
| 1/28/2021 | 138 | $10.01 | ($1,381.38) | | | ($1,259.38) |
| 2/9/2021 | 13 | $11.95 | ($155.35) | | | ($1,414.73) |
| 2/10/2021 | 86 | $12.40 | ($1,066.40) | | | ($2,481.13) |
| 2/11/2021 | 3 | $15.20 | ($45.60) | | | ($2,526.73) |
| 2/23/2021 | -100 | | | $9.21* | $921.00 | ($1,605.73) |
| | | | | | Subtotal | ($1,605.73) |
| | | | | | Retained Share Value | $983.10 |
| | | | | | Total | ($622.63) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

### Account 5

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 12/17/2020 | 100 | $3.51 | ($351.00) | | | ($351.00) |
| 12/20/2020 | 100 | $3.88 | ($388.00) | | | ($739.00) |
| 1/12/2021 | 100 | $7.09 | ($709.00) | | | ($1,448.00) |
| 1/14/2021 | -100 | | | $7.88 | $788.00 | ($660.00) |
| 1/19/2021 | 28 | $11.21 | ($313.88) | | | ($973.88) |
| 1/22/2021 | 50 | $13.25 | ($662.50) | | | ($1,636.38) |
| 1/22/2021 | 46 | $13.00 | ($598.00) | | | ($2,234.38) |
| 1/22/2021 | 13 | $13.08 | ($170.04) | | | ($2,404.42) |
| 1/26/2021 | 17 | $11.98 | ($203.66) | | | ($2,608.08) |

| Date | Shares | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 1/27/2021 | 5 | $10.24 | ($51.20) | | | ($2,659.28) |
| 1/28/2021 | 80 | $10.16 | ($812.80) | | | ($3,472.08) |
| 1/29/2021 | -100 | | | $9.71 | $971.00 | ($2,501.08) |
| 2/2/2021 | 3 | $10.96 | ($32.88) | | | ($2,533.96) |
| 2/3/2021 | 115 | $11.01 | ($1,266.15) | | | ($3,800.11) |
| 2/3/2021 | 16 | $11.20 | ($179.20) | | | ($3,979.31) |
| 2/4/2021 | 121 | $11.35 | ($1,373.35) | | | ($5,352.66) |
| 2/4/2021 | 15 | $11.20 | ($168.00) | | | ($5,520.66) |
| 2/5/2021 | 7 | $12.42 | ($86.94) | | | ($5,607.60) |
| 2/5/2021 | 2 | $12.19 | ($24.38) | | | ($5,631.98) |
| 2/5/2021 | 33 | $12.20 | ($402.60) | | | ($6,034.58) |
| 2/5/2021 | 23 | $12.20 | ($280.60) | | | ($6,315.18) |
| 2/5/2021 | 9 | $12.20 | ($109.80) | | | ($6,424.98) |
| 2/5/2021 | 123 | $12.18 | ($1,498.14) | | | ($7,923.12) |
| 2/5/2021 | 10 | $12.10 | ($121.00) | | | ($8,044.12) |
| 2/8/2021 | 20 | $11.41 | ($228.20) | | | ($8,272.32) |
| 2/9/2021 | 73 | $11.80 | ($861.40) | | | ($9,133.72) |
| 2/9/2021 | 100 | $12.41 | ($1,241.00) | | | ($10,374.72) |
| 2/12/2021 | 50 | $14.32 | ($716.00) | | | ($11,090.72) |
| 2/18/2021 | 50 | $13.60 | ($680.00) | | | ($11,770.72) |
| | | | | | **Subtotal** | ($11,770.72) |
| | | | | | **Retained Share Value** | $7,787.54 |
| | | | | | **Total** | ($3,983.18) |

| Client Name | Bruce Morgan |
|---|---|
| Company Name | AgEagle Aerial Systems, Inc. |
| Ticker Symbol | UAVS |
| Security Type | Common Stock |
| Class Period Start | 09/03/2019 |
| Class Period End | 02/18/2021 |
| 90-DAY Lookback Period Start | 02/19/2021 |
| 90-DAY Lookback Period End | 04/27/2021 |
| 90-DAY Lookback Average (Common Stock | $7.0221 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($3,535.82) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/14/2021 | 400 | $8.00 | ($3,200.00) | | | ($3,200.00) |
| 1/15/2021 | 500 | $10.40 | ($5,200.00) | | | ($8,400.00) |
| 1/15/2021 | -900 | | | $10.19 | $9,171.00 | $771.00 |
| 2/10/2021 | 500 | $16.63 | ($8,315.00) | | | ($7,544.00) |
| 3/5/2021 | -500 | | | $8.02* | $4,008.18 | ($3,535.82) |
| | | | | | **Subtotal** | ($3,535.82) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($3,535.82) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Client Name | Richard Allen |
|---|---|
| Company Name | AgEagle Aerial Systems, Inc. |
| Ticker Symbol | UAVS |
| Security Type | Common Stock |
| Class Period Start | 09/03/2019 |
| Class Period End | 02/18/2021 |
| 90-DAY Lookback Period Start | 02/19/2021 |
| 90-DAY Lookback Period End | 04/27/2021 |
| 90-DAY Lookback Average (Common Stock) | $7.0221 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($8,127.87) |
| Net Shares Retained | 1,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/10/2021 | 1,000 | $15.15 | ($15,150.00) | | | ($15,150.00) |
| | | | | | **Subtotal** | ($15,150.00) |
| | | | | | **Retained Share Value** | $7,022.13 |
| | | | | | **Total** | ($8,127.87) |