**THE WAGNER FIRM**
Avi Wagner (Cal. Bar No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967

[Additional Counsel Appear on Signature Page]

*Counsel for Movant Iesada Nariyoshi and Proposed
Liaison Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>     Defendants. | Case No. 2:21-cv-01810-CAS-CFE<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION OF IESADA NARIYOSHI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Judge: Hon. Christina A. Snyder<br>Date: June 7, 2021<br>Time: 10:00 AM<br>Crtrm: 8D |

CHRISTIAN JESÚS MERINO MADRID, Individually and on behalf of all others similarly situated,

                    Plaintiff,

   vs.

AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT, and BARRETT MOONEY,

Defendants.

Case No: 2:21-cv-01991-CAS-CFE

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on Monday, June 7, 2021 at 10:00 a.m. before the Honorable Christina A. Snyder in the First Street Courthouse, Courtroom 8D, 350 W. 1st Street, 8th Floor, CA 90012, Iesada Nariyoshi, will, and hereby does move this Court for an order granting his Motion:

(a)     consolidating the above-captioned related actions;

(b)     appointing Mr. Nariyoshi as Lead Plaintiff; and

(c)     approving Mr. Nariyoshi's selection of Bernstein Liebhard LLP ("Bernstein Liebhard") as Lead Counsel and The Wagner Firm as Liaison Counsel for the proposed Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that:

(1)     The above-captioned related actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

(2)     Iesada Nariyoshi should be appointed as Lead Plaintiff for the class of shareholders that purchased or otherwise acquired AgEagle Aerial Systems, Inc. securities between September 3, 2019 and February 18, 2021 as Mr. Nariyoshi has timely made this Motion, believes he has the largest financial interest in this action, and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and

(3)     Mr. Nariyoshi's selection of Bernstein Liebhard as Lead Counsel and The Wagner Firm as Liaison Counsel should be approved as the firms are well qualified and have extensive experience in cases of this type.

This motion is supported by the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Avi Wagner, the pleadings and

other filings in this action, and such other written or oral argument as may be permitted by the Court.

## Local Rule 7-3

Local Rule 7-3 requires a conference of counsel prior to filing motions.

However, under the procedures of the Private Securities Litigation Reform Act of 1995 regarding the appointment of Lead Plaintiff, Iesada Nariyoshi will not know which other class members, if any, will seek appointment as Lead Plaintiff until after motions are filed on April 27, 2021.

Accordingly, Movant Iesada Nariyoshi respectfully requests that Local Rule 7-3's conferral requirement be waived in this particular instance.

Respectfully submitted,

DATED: April 27, 2021            **THE WAGNER FIRM**

By: *s/ Avi Wagner*
Avi Wagner (Bar 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967

*Counsel for Iesada Nariyoshi and Proposed Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson (*pro hac vice* to be filed)
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email: *lhasson@bernlieb.com*

*Counsel for Iesada Nariyoshi and Proposed Lead Counsel for the Proposed Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on April 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 27, 2021.

*s/ Avi Wagner*
Avi Wagner