**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY, <br><br> Defendants. | Case No. 2:21-cv-01810-CAS-CFE <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL** <br><br> Judge: Hon. Christina A. Snyder <br> Date: June 7, 2021 <br> Time: 10:00 AM <br> Crtrm: 8D |

CHRISTIAN JESÚS MERINO MADRID, Individually and On Behalf of All Others Similarly Situtated,

Plaintiff,

vs.

AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,

Defendants.

Case No: 2-21-cv-01991-CAS-CFE

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

1.    The Motion of Iesada Nariyoshi to Consolidate Related Actions, for Appointment as Lead Plaintiff and Approval of Counsel is granted.

2.    The above-captioned actions are hereby consolidated pursuant to Federal Rule of Civil Procedure 42(a) for all purposes

3.    Iesada Nariyoshi is hereby appointed as Lead Plaintiff for the proposed Class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

4.    Bernstein Liebhard LLP is hereby appointed as Lead Counsel and The Wagner Firm is hereby appointed as Liaison Counsel for the proposed Class.


SO ORDERED.


DATED:_____    _____

The Honorable Christina A. Snyder
United States District Judge