**THE WAGNER FIRM**
Avi Wagner(Cal. Bar No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967

*Counsel for Movant and Proposed Liaison*
*Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>Defendants. | Case No. 2:21-cv-01810-CAS-CFE<br><br>CLASS ACTION<br><br>**DECLARATION OF AVI WAGNER IN SUPPORT OF THE MOTION OF IESADA NARIYOSHI FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Judge:    Hon. Christina A Snyder<br>Date:     June 7, 2021<br>Time:     10:00 AM<br>Crtrm:    8D |

00618577;V2

CHRISTIAN JESÚS MERINO MADRID, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,

Defendants.

Case No: 2:21-cv-01991-CAS-CFE

00618577;V2

I, Avi Wagner, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1.    I am a Partner at The Wagner Firm. I make this Declaration in Support of Iesada Nariyoshi's ("Movant") Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters set forth herein and if called to testify could and would truthfully testify to the following.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:    Movant's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:    Movant's Loss Chart;

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E:    Firm Résumé of The Wagner Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2021 at Los Angeles, California.

*/s/ Avi Wagner*
Avi Wagner

00618577;V2

## CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES
## AND ECF GENERAL ORDER NO. 10-07

I HEREBY CERTIFY that, on April 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 27, 2021.

*/s/Avi Wagner*
Avi Wagner

00618577;V2

DECLARATION OF AVI WAGNER IN SUPPORT OF THE MOTION OF IESADA NARIYOSHI FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINT. LEAD PLAINTIFF AND APPROVAL OF COUNSEL
Case No. 2:21-cv-01810-Page 4