# EXHIBIT C

**AgEagle Aerial Systems, Inc. (NYSE: UAVS)**

FIFO/LIFO Losses

Class Period: 09/03/2019 - 02/18/2021

Hold Price:        $7.0361

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| IESADA NARIYOSHI | 02/05/21 | 2,000 | 11.3211 | 22,642.21 | 02/08/21 | 3,000 | 12.4050 | 37,215.01 | | | |
| | 02/05/21 | 1,000 | 11.3481 | 11,348.10 | 02/11/21 | 3,600 | 13.3401 | 48,024.40 | | | |
| | 02/08/21 | 1,500 | 12.4397 | 18,659.55 | | | | | | | |
| | 02/08/21 | 2,000 | 12.4464 | 24,892.79 | | | | | | | |
| | 02/09/21 | 100 | 11.6978 | 1,169.78 | | | | | | | |
| | 02/12/21 | 3,000 | 15.6957 | 47,087.00 | | | | | | | |
| **IESADA NARIYOSHI Totals** | | **9,600** | | **$125,799.43** | | **6,600** | | **$85,239.41** | **3,000** | **$21,108.26** | **($19,451.76)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $7.0361 per share.