# EXHIBIT E

## **THE WAGNER FIRM**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 491-7949
info@thewagnerfirm.com


The Wagner Firm has a broad based business litigation practice encompassing a variety of contract and business tort disputes. Since his graduation from Georgetown University Law Center in 2002, where he was fortunate enough to work for the SEC, firm principal Avi Wagner has successfully litigated in state and federal trial courts, federal bankruptcy courts, and state and federal appellate courts across the United States, including California, New York, New Jersey, Texas and Indianapolis. He has also pursued arbitrations before AAA and FINRA.

The firm's practice is principally focused on investment and insurance related disputes:


### **Securities Arbitration and Litigation:**

Mr. Wagner has been involved as an attorney in investment disputes from multiple different angles, representing plaintiffs/claimants, defendants, and insurers in investment and partnership related disputes. He has represented broker-dealers, private equity funds, investment funds, pension plans and individuals in securities litigation and arbitration, as well as shareholder derivative litigation. He also represented investors in claims of stock fraud and stock broker misconduct. The ability to see a case cogently from each of these views is a significant component in his ability to formulate a case strategy.


### **Insurance Litigation:**

Mr. Wagner has represented both insurers and insureds in insurance coverage disputes, related third-party claims, rescission, interpleader and subrogation issues. Mr. Wagner also assists clients in assessing the scope and sufficiency of their insurance program.  Mr. Wagner has extensive experience in dealing with issues relating to Directors and Officers liability and Errors and Omissions liability insurance, having represented bank, broker-dealer and registered investment advisor clients in this respect.  He has also provided counseling and the successful resolution of a dispute to a fashion wholesaler and to a individuals associated with an educational non-profit, ensuring they received a defense under an employment practices liability policy.

2

 On the pro bono side, Mr. Wagner has been involved in the favorable resolution of several landlord-tenant disputes and has provided pro bono counseling to Holocaust victims seeking restitution from the German government.

For more information please contact Avi Wagner at (310) 491-7949 x 1 or by email at avi@thewagnerfirm.com