Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
 *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
 *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Peter A. Young and Proposed Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY, <br><br> Defendant. | Case No. 2:21-cv-01810-CAS-E <br><br> **NOTICE OF MOTION AND MOTION OF PETER A. YOUNG FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** <br><br> Date:  June 7, 2021 <br> Time:  10:00 a.m. <br> Crtrm.:  8D <br><br> Judge:  Christina A. Snyder |
| CRISTIAN JESÚS MERINO MADRID, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARETT MOONEY | Case No. 2:21-cv-01991-CAS-E |

MOTION FOR CONSOLIDATION AND APPOINTMENT AS LEAD PLAINTIFF AND LEAD COUNSEL

**TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, June 7, 2021, at 10:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Christina A. Snyder, in Courtroom 8D, 350 W. First Street, Los Angeles, CA 90012, Lead Plaintiff Movant Peter A. Young ("Young") will move this Court for entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Young as Lead Plaintiff; (iii) approving Young's selection of Glancy Prongay & Murray LLP as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

This motion is brought pursuant to the Federal Rules of Civil Procedure and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

In support of this Motion, Young submits a Memorandum of Law in support thereof and the Declaration of Charles H. Linehan and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Young have no way of knowing with certainty who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Young have been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully request that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to 15 U.S.C. § 78u-

4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have standing to oppose the appointment of Young as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

DATED:  April 27, 2021                          Respectfully submitted,

                                                **GLANCY PRONGAY & MURRAY LLP**

                                                By:   */s/ Charles Linehan*
                                                Robert V. Prongay
                                                Charles Linehan
                                                Pavithra Rajesh
                                                1925 Century Park East, Suite 2100
                                                Los Angeles, California 90067
                                                Telephone:  (310) 201-9150
                                                Facsimile:  (310) 201-9160
                                                Email:  info@glancylaw.com

                                                *Counsel for Peter A. Young and Proposed*
                                                *Lead Counsel for the Class*

                                                **THE LAW OFFICES OF FRANK R. CRUZ**
                                                Frank R. Cruz
                                                1999 Avenue of the Stars, Suite 1100
                                                Los Angeles, CA 90067
                                                Telephone: (310) 914-5007

                                                *Additional Counsel*

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On April 27, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 27, 2021, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan