# EXHIBIT C

## Loss Chart

**Company Name:** AgEagle Aerial Systems, Inc.
**Ticker:** UAVS
**Class Period:** September 3, 2019 to February 18, 2021
**Name:** Peter A. Young

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/20/2021 | 300 | $14.1500 | -$4,245.0000 | | $0.0000 | -$4,245.00 |
| 1/21/2021 | 300 | $14.1000 | -$4,230.0000 | | $0.0000 | -$4,230.00 |
| 2/5/2021 | 800 | $11.4250 | -$9,140.0000 | | $0.0000 | -$9,140.00 |
| 2/10/2021 | 2,000 | $15.3000 | -$30,600.0000 | | $0.0000 | -$30,600.00 |
| 2/18/2021 | 90 | $11.7900 | -$1,061.1000 | | $0.0000 | -$1,061.10 |
| 2/18/2021 | -3,490 | | $0.0000 | $8.9600 | $31,270.4000 | $31,270.40 |

**Shares Retained:** 0

| | 90-Day Average Price | Shares Retained | | |
|---|---|---|---|---|
| | $7.0625 | 0 | | |

| | | Subtotal: | -$18,005.70 |
|---|---|---|---|
| | | 90-Day Average: | $0.00 |
| | | Total: | -$18,005.70 |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between February 18, 2021 and April 27, 2021.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.