**ROSMAN & GERMAIN LLP**
DANIEL L. GERMAIN (Cal. Bar #143334)
  germain@lalawyer.com
16311 Ventura Boulevard, Ste. 1200
Encino, CA 91436
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
NAUMON A. AMJED
  namjed@ktmc.com
RYAN T. DEGNAN
  rdegnan@ktmc.com
KARISSA J. SAUDER
  ksauder@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Johnavo Chris Bradley and
Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>                Defendants. | No. 2:21-cv-01810 CAS (Ex)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION OF JOHNAVO CHRIS BRADLEY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:        June 7, 2021<br>Time:        10:00 a.m.<br>Courtroom:   8D<br>Judge:       Hon. Christina A. Snyder<br><br><u>ORAL ARGUMENT REQUESTED</u> |

MOTION OF JOHNAVO CHRIS BRADLEY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-01810 CAS (EX), *ET AL*.

CRISTIAN JESÚS MERINO MADRID, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,

Defendants.

No. 2:21-cv-01991 CAS (Ex)

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on or about June 7, 2021, at 10:00 a.m., before the Honorable Christina A. Snyder, at the United States District Court for the Central District of California, located at Courtroom 8D of the First Street Courthouse, 350 W. First Street, Los Angeles, California, Lead Plaintiff Movant Johnavo Chris Bradley ("Mr. Bradley") will respectfully move this Court for entry of an Order: (1) consolidating the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a) ("Rule 42(a)"); (2) appointing Mr. Bradley as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (3) approving Mr. Bradley's selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the class and Rosman & Germain LLP ("Rosman & Germain") to serve as Liaison Counsel for the class; and (4) granting any such further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Mr. Bradley timely filed this Motion and is the "most adequate plaintiff" under the PSLRA. Specifically, Mr. Bradley believes that he has the "largest financial interest" in the relief sought by the class in this litigation and also satisfies the applicable requirements of Federal Rule of Civil Procedure 23 because his claims are typical of other class members' claims and because he will fairly and adequately represent the interests of the class.

The Motion is made based upon the Memorandum of Points and Authorities in Support thereof filed herewith, the Declaration of Daniel L. Germain (the "Germain

---

[1]    This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA. Section 21D(a)(3)(B) provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not that proposed class member has previously filed a complaint in the underlying action. Consequently, counsel for Mr. Bradley cannot determine who the competing lead plaintiff candidates are at this time. As a result, counsel for Mr. Bradley has been unable to confer with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this Motion.

MOTION OF JOHNAVO CHRIS BRADLEY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-01810 CAS (Ex), *ET AL.*

1

Decl.") filed herewith, the pleadings and other filings in this litigation, and such other written or oral argument as may be permitted by the Court.  Mr. Bradley respectfully requests oral argument.

WHEREFORE, Mr. Bradley respectfully requests that the Court enter an order: (1) consolidating the above-captioned related actions; (2) appointing Mr. Bradley as Lead Plaintiff pursuant to the PSLRA; (3) approving Mr. Bradley's selection of Kessler Topaz as Lead Counsel for the class and Rosman & Germain as Liaison Counsel for the class; and (4) granting such further relief as the Court may deem just and proper.

Dated: April 27, 2021                    Respectfully submitted,

                                         **ROSMAN & GERMAIN LLP**

                                         /s/ Daniel L. Germain
                                         DANIEL L. GERMAIN (Cal. Bar # 143334)
                                            germain@lalawyer.com
                                         16311 Ventura Boulevard, Ste. 1200
                                         Encino, CA 91436
                                         Telephone: (818) 788-0877
                                         Facsimile: (818) 788-0885

                                         *Proposed Liaison Counsel for the Class*

                                         **KESSLER TOPAZ
                                           MELTZER & CHECK, LLP**
                                         NAUMON A. AMJED
                                            namjed@ktmc.com
                                         RYAN T. DEGNAN
                                            rdegnan@ktmc.com
                                         KARISSA J. SAUDER
                                            ksauder@ktmc.com
                                         280 King of Prussia Road
                                         Radnor, PA 19087
                                         Telephone: (610) 667-7706
                                         Facsimile: (610) 667-7056

                                         *Attorneys for Johnavo Chris Bradley
                                         and Proposed Lead Counsel for the
                                         Class*

MOTION OF JOHNAVO CHRIS BRADLEY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-01810 CAS (EX), *ET AL.*

2