**ROSMAN & GERMAIN LLP**
DANIEL L. GERMAIN (Cal. Bar #143334)
  germain@lalawyer.com
16311 Ventura Boulevard, Ste. 1200
Encino, CA 91436
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
NAUMON A. AMJED
  namjed@ktmc.com
RYAN T. DEGNAN
  rdegnan@ktmc.com
KARISSA J. SAUDER
  ksauder@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Johnavo Chris Bradley and
Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>Defendants. | No. 2:21-cv-01810-CAS (Ex)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF DANIEL L. GERMAIN IN SUPPORT OF THE MOTION OF JOHNAVO CHRIS BRADLEY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:        June 7, 2021<br>Time:        10:00 a.m.<br>Courtroom:   8D<br>Judge:       Hon. Christina A. Snyder<br><br><u>ORAL ARGUMENT REQUESTED</u> |

CRISTIAN JESÚS MERINO MADRID, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,

Defendants.

No. 2:21-cv-01991 CAS (Ex)

DECLARATION OF DANIEL L. GERMAIN IN SUPPORT OF THE MOTION OF JOHNAVO CHRIS BRADLEY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-01810 CAS (EX), *ET AL*.

I, Daniel L. Germain, declare as follows:

1. I am a member in good standing of the bar of the State of California and of this Court. I am, through my professional corporation, a partner at the law firm Rosman & Germain LLP. I submit this Declaration in support of the motion filed by Johnavo Chris Bradley ("Mr. Bradley") for consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of his selection of Kessler Topaz Meltzer & Check, LLP to serve as Lead Counsel for the class and Rosman & Germain LLP to serve as Liaison Counsel for the class. Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Mr. Bradley's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:   Chart of Mr. Bradley's transactions and losses in AgEagle Aerial Systems, Inc. securities during the Class Period;

Exhibit C:   Notice of the pendency of *Lopez v. AgEagle Aerial Systems, Inc., et al.*, No. 2:21-cv-01810 CAS (Ex) (C.D. Cal.), published on February 26, 2021, in *Business Wire*;

Exhibit D:   Declaration of Johnavo Chris Bradley;

Exhibit E:   Firm résumé of Kessler Topaz Meltzer & Check, LLP; and

Exhibit F:   Firm résumé of Rosman & Germain LLP.

I declare, under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed: April 27, 2021, at Los Angeles, California.

*/s/ Daniel L. Germain*
DANIEL L. GERMAIN

DECLARATION OF DANIEL L. GERMAIN IN SUPPORT OF THE MOTION OF JOHNAVO CHRIS BRADLEY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-01810 CAS (EX), *ET AL*.

1