# EXHIBIT A

**CERTIFICATION**

I, Johnavo Chris Bradley, declare that:

1.      I have reviewed the facts and allegations of a complaint filed in this action and have authorized the filing of a motion for appointment as Lead Plaintiff.

2.      I did not purchase and/or acquire the security that is the subject of this action at the direction of my counsel nor in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of the class, including giving testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.      My Class Period purchase and sale transaction(s) in AgEagle Aerial Systems, Inc. securities that are the subject of this action are attached in Schedule A.  I have complete authority to bring a suit to recover for investment losses for all securities set forth in Schedule A.

5.      During the three years prior to the date of this Certification, I have not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  4/26/2021 _____          _____ _____ _____

Johnavo Chris Bradley

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 2/1/2021 | 5 | $11.17 |
| Com Stk | Buy | 2/1/2021 | 90 | $11.87 |
| Com Stk | Buy | 2/1/2021 | 100 | $11.23 |
| Com Stk | Buy | 2/1/2021 | 200 | $11.83 |
| Com Stk | Buy | 2/1/2021 | 220 | $9.89 |
| Com Stk | Buy | 2/1/2021 | 325 | $11.84 |
| Com Stk | Buy | 2/1/2021 | 360 | $11.87 |
| Com Stk | Buy | 2/1/2021 | 400 | $11.19 |
| Com Stk | Buy | 2/1/2021 | 436 | $11.15 |
| Com Stk | Buy | 2/1/2021 | 468 | $11.21 |
| Com Stk | Buy | 2/1/2021 | 511 | $11.18 |
| Com Stk | Buy | 2/1/2021 | 610 | $11.16 |
| Com Stk | Buy | 2/1/2021 | 771 | $11.24 |
| Com Stk | Buy | 2/1/2021 | 880 | $9.90 |
| Com Stk | Buy | 2/1/2021 | 1,040 | $11.22 |
| Com Stk | Buy | 2/1/2021 | 1,221 | $9.77 |
| Com Stk | Buy | 2/1/2021 | 4,134 | $11.13 |
| Com Stk | Buy | 2/1/2021 | 4,375 | $11.85 |
| Com Stk | Buy | 2/1/2021 | 6,941 | $11.20 |
| Com Stk | Buy | 2/1/2021 | 19,584 | $11.25 |
| Com Stk | Buy | 2/1/2021 | 27,500 | $11.87 |
| Com Stk | Buy | 2/2/2021 | 1 | $11.22 |
| Com Stk | Buy | 2/2/2021 | 63 | $11.26 |
| Com Stk | Buy | 2/2/2021 | 65 | $11.24 |
| Com Stk | Buy | 2/2/2021 | 200 | $11.32 |
| Com Stk | Buy | 2/2/2021 | 278 | $11.28 |
| Com Stk | Buy | 2/2/2021 | 388 | $11.27 |
| Com Stk | Buy | 2/2/2021 | 404 | $11.38 |
| Com Stk | Buy | 2/2/2021 | 421 | $11.34 |
| Com Stk | Buy | 2/2/2021 | 501 | $11.23 |
| Com Stk | Buy | 2/2/2021 | 798 | $11.30 |
| Com Stk | Buy | 2/2/2021 | 1,100 | $11.25 |

Exhibit A
Page 3

| | | | | |
|---|---|---|---|---|
| Com Stk | Buy | 2/2/2021 | 1,796 | $11.36 |
| Com Stk | Buy | 2/2/2021 | 2,002 | $11.33 |
| Com Stk | Buy | 2/2/2021 | 3,251 | $11.29 |
| Com Stk | Buy | 2/2/2021 | 5,100 | $11.20 |
| Com Stk | Buy | 2/2/2021 | 5,487 | $11.39 |
| Com Stk | Buy | 2/2/2021 | 5,500 | $11.37 |
| Com Stk | Buy | 2/2/2021 | 5,645 | $11.35 |
| Com Stk | Buy | 2/5/2021 | 295 | $11.47 |
| Com Stk | Buy | 2/5/2021 | 700 | $11.54 |
| Com Stk | Buy | 2/5/2021 | 8,800 | $11.55 |
| Com Stk | Sell | 2/1/2021 | 20 | $9.56 |
| Com Stk | Sell | 2/1/2021 | 36 | $11.04 |
| Com Stk | Sell | 2/1/2021 | 49 | $11.03 |
| Com Stk | Sell | 2/1/2021 | 50 | $11.15 |
| Com Stk | Sell | 2/1/2021 | 100 | $11.09 |
| Com Stk | Sell | 2/1/2021 | 100 | $11.09 |
| Com Stk | Sell | 2/1/2021 | 102 | $11.12 |
| Com Stk | Sell | 2/1/2021 | 175 | $11.07 |
| Com Stk | Sell | 2/1/2021 | 200 | $9.57 |
| Com Stk | Sell | 2/1/2021 | 600 | $11.05 |
| Com Stk | Sell | 2/1/2021 | 600 | $11.06 |
| Com Stk | Sell | 2/1/2021 | 724 | $11.13 |
| Com Stk | Sell | 2/1/2021 | 880 | $9.56 |
| Com Stk | Sell | 2/1/2021 | 1,000 | $11.10 |
| Com Stk | Sell | 2/1/2021 | 2,740 | $11.14 |
| Com Stk | Sell | 2/1/2021 | 28,724 | $11.02 |
| Com Stk | Sell | 2/2/2021 | 1 | $10.96 |
| Com Stk | Sell | 2/2/2021 | 102 | $10.87 |
| Com Stk | Sell | 2/2/2021 | 310 | $10.91 |
| Com Stk | Sell | 2/2/2021 | 344 | $10.90 |
| Com Stk | Sell | 2/2/2021 | 1,132 | $10.87 |
| Com Stk | Sell | 2/2/2021 | 1,227 | $10.89 |
| Com Stk | Sell | 2/2/2021 | 1,600 | $10.88 |
| Com Stk | Sell | 2/2/2021 | 1,800 | $10.88 |
| Com Stk | Sell | 2/2/2021 | 2,100 | $10.86 |

Exhibit A

Page 4

| Com Stk | Sell | 2/2/2021 | 2,754 | $10.93 |
| Com Stk | Sell | 2/2/2021 | 22,701 | $10.86 |
| Com Stk | Sell | 2/3/2021 | 1 | $11.49 |
| Com Stk | Sell | 2/3/2021 | 100 | $11.45 |
| Com Stk | Sell | 2/3/2021 | 2,100 | $11.45 |
| Com Stk | Sell | 2/3/2021 | 11,400 | $11.45 |
| Com Stk | Sell | 2/3/2021 | 19,399 | $11.45 |

Exhibit A
Page 5