# EXHIBIT B

**Johnavo Chris Bradley**
**LIFO Losses in AgEagle Aerial Systems, Inc.**
CP: 9/3/2019 - 2/18/2021
Retained Shares valued at:                    $7.06

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/1/2021 | 5 | $11.17 | $55.85 | Sale | 2/1/2021 | 20 | $9.56 | $191.22 |
| Purchase | 2/1/2021 | 90 | $11.87 | $1,068.30 | Sale | 2/1/2021 | 36 | $11.04 | $397.44 |
| Purchase | 2/1/2021 | 100 | $11.23 | $1,123.00 | Sale | 2/1/2021 | 49 | $11.03 | $540.47 |
| Purchase | 2/1/2021 | 200 | $11.83 | $2,366.00 | Sale | 2/1/2021 | 50 | $11.15 | $557.50 |
| Purchase | 2/1/2021 | 220 | $9.89 | $2,175.80 | Sale | 2/1/2021 | 100 | $11.09 | $1,108.50 |
| Purchase | 2/1/2021 | 325 | $11.84 | $3,848.00 | Sale | 2/1/2021 | 100 | $11.09 | $1,109.00 |
| Purchase | 2/1/2021 | 360 | $11.87 | $4,272.98 | Sale | 2/1/2021 | 102 | $11.12 | $1,134.24 |
| Purchase | 2/1/2021 | 400 | $11.19 | $4,476.00 | Sale | 2/1/2021 | 175 | $11.07 | $1,937.25 |
| Purchase | 2/1/2021 | 436 | $11.15 | $4,861.40 | Sale | 2/1/2021 | 200 | $9.57 | $1,914.00 |
| Purchase | 2/1/2021 | 468 | $11.21 | $5,246.28 | Sale | 2/1/2021 | 600 | $11.05 | $6,630.00 |
| Purchase | 2/1/2021 | 511 | $11.18 | $5,712.98 | Sale | 2/1/2021 | 600 | $11.06 | $6,636.00 |
| Purchase | 2/1/2021 | 610 | $11.16 | $6,807.60 | Sale | 2/1/2021 | 724 | $11.13 | $8,058.12 |
| Purchase | 2/1/2021 | 771 | $11.24 | $8,666.04 | Sale | 2/1/2021 | 880 | $9.56 | $8,412.80 |
| Purchase | 2/1/2021 | 880 | $9.90 | $8,712.00 | Sale | 2/1/2021 | 1,000 | $11.10 | $11,100.00 |
| Purchase | 2/1/2021 | 1,040 | $11.22 | $11,668.80 | Sale | 2/1/2021 | 2,740 | $11.14 | $30,523.60 |
| Purchase | 2/1/2021 | 1,221 | $9.77 | $11,927.22 | Sale | 2/1/2021 | 28,724 | $11.02 | $316,538.48 |
| Purchase | 2/1/2021 | 4,134 | $11.13 | $46,011.42 | Sale | 2/2/2021 | 1 | $10.96 | $10.96 |
| Purchase | 2/1/2021 | 4,375 | $11.85 | $51,843.75 | Sale | 2/2/2021 | 102 | $10.87 | $1,108.74 |
| Purchase | 2/1/2021 | 6,941 | $11.20 | $77,739.20 | Sale | 2/2/2021 | 310 | $10.91 | $3,382.10 |
| Purchase | 2/1/2021 | 19,584 | $11.25 | $220,320.00 | Sale | 2/2/2021 | 344 | $10.90 | $3,749.60 |
| Purchase | 2/1/2021 | 27,500 | $11.87 | $326,425.00 | Sale | 2/2/2021 | 1,132 | $10.87 | $12,305.29 |
| Purchase | 2/2/2021 | 1 | $11.22 | $11.22 | Sale | 2/2/2021 | 1,227 | $10.89 | $13,362.03 |
| Purchase | 2/2/2021 | 63 | $11.26 | $709.38 | Sale | 2/2/2021 | 1,600 | $10.88 | $17,414.40 |
| Purchase | 2/2/2021 | 65 | $11.24 | $730.60 | Sale | 2/2/2021 | 1,800 | $10.88 | $19,584.00 |
| Purchase | 2/2/2021 | 200 | $11.32 | $2,264.00 | Sale | 2/2/2021 | 2,100 | $10.86 | $22,807.05 |
| Purchase | 2/2/2021 | 278 | $11.28 | $3,135.84 | Sale | 2/2/2021 | 2,754 | $10.93 | $30,101.22 |
| Purchase | 2/2/2021 | 388 | $11.27 | $4,372.76 | Sale | 2/2/2021 | 22,701 | $10.86 | $246,532.86 |
| Purchase | 2/2/2021 | 404 | $11.38 | $4,597.52 | Sale | 2/3/2021 | 1 | $11.49 | $11.49 |
| Purchase | 2/2/2021 | 421 | $11.34 | $4,774.14 | Sale | 2/3/2021 | 100 | $11.45 | $1,145.00 |
| Purchase | 2/2/2021 | 501 | $11.23 | $5,626.23 | Sale | 2/3/2021 | 2,100 | $11.45 | $24,047.94 |
| Purchase | 2/2/2021 | 798 | $11.30 | $9,017.40 | Sale | 2/3/2021 | 11,400 | $11.45 | $130,536.84 |
| Purchase | 2/2/2021 | 1,100 | $11.25 | $12,375.00 | Sale | 2/3/2021 | 19,399 | $11.45 | $222,137.95 |
| Purchase | 2/2/2021 | 1,796 | $11.36 | $20,402.56 | Retained Shares | | 9,795 | $7.06 | $69,177.19 |
| Purchase | 2/2/2021 | 2,002 | $11.33 | $22,682.66 | | | | | |
| Purchase | 2/2/2021 | 3,251 | $11.29 | $36,703.79 | | | | | |
| Purchase | 2/2/2021 | 5,100 | $11.20 | $57,120.00 | | | | | |
| Purchase | 2/2/2021 | 5,487 | $11.39 | $62,496.93 | | | | | |
| Purchase | 2/2/2021 | 5,500 | $11.37 | $62,535.00 | | | | | |
| Purchase | 2/2/2021 | 5,645 | $11.35 | $64,070.75 | | | | | |
| Purchase | 2/5/2021 | 295 | $11.47 | $3,383.65 | | | | | |
| Purchase | 2/5/2021 | 700 | $11.54 | $8,078.00 | | | | | |
| Purchase | 2/5/2021 | 8,800 | $11.55 | $101,640.00 | | | | | |
| | | 112,966 | | $1,292,055.05 | | | 112,966 | | $1,214,203.28 |

*LIFO Losses in AgEagle Aerial Systems, Inc.* ($77,851.77)

Exhibit B
Page 7