# EXHIBIT F

Exhibit F
Page 62

# ROSMAN & GERMAIN LLP

A LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING A PROFESSIONAL CORPORATION*

PHONE: (818) 788-0877

DAVID M. ROSMAN                16311 VENTURA BOULEVARD, SUITE 1200      FAX· (818) 788-0885
DANIEL L. GERMAIN*                 ENCINO, CALIFORNIA 91436-2152       E-MAIL GERMAIN@LALAWYER.COM

## FIRM BIOGRAPHY

Rosman & Germain LLP specializes in the prosecution of complex class and representative actions and general business litigation. The attorneys of Rosman & Germain LLP are dedicated to protecting the legal rights of shareholders, consumers, investors, and others, in California and throughout the United States. Rosman & Germain LLP has repeatedly been appointed lead and liaison counsel by federal and state courts in shareholder derivative, securities and consumer class actions. Rosman & Germain LLP has played a major role in the recovery of hundreds of millions of dollars for aggrieved investors and consumers.

**Daniel L. Germain** is a trial attorney with more than three decades of experience. Mr. Germain has handled numerous cases to bench and jury verdicts. Mr. Germain has argued extensively in the Courts of Appeal and has broad experience with pre and post trial remedies. Mr. Germain's law practice emphasizes the representation of injured shareholders and consumers through the prosecution of class action and derivative litigation. Mr. Germain is a member of the California Bar, the American Bar Association, the Los Angeles County Bar Association, the San Fernando Valley Bar Association and the Associate of Business Trial Lawyers. Mr. Germain is rated by Super Lawyers as a *Top Rated* Class Action and Mass Tort Attorney in Southern California. Mr. Germain is *AV* rated by Martindale-Hubble.

Mr. Germain graduated with Honors from the University of California Santa Barbara, with a degree in Political Science in 1986. In 1989, Mr. Germain obtained his JD degree from Loyola of Los Angeles Law School. While attending Loyola, Mr. Germain served as Editor-in Chief of the Loyola International and Comparative Law Journal. Mr. Germain was admitted to the State Bar of California upon graduation in 1989. He subsequently was admitted to the United States Court of Appeals or the Ninth Circuit, as well as the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California. Mr. Germain was admitted to the bar of the United States Supreme Court in 1999.

Following graduation from law school, Mr. Germain was employed as an associate with Rosen, Wachtell & Gilbert, a sixty-attorney law firm specializing in complex commercial litigation. Thereafter, Mr. Germain became an associate, and later a partner, at McCambridge, Deixler & Marmaro, a law firm which specialized in complex commercial litigation and white-collar criminal defense. In January 1998, Mr. Germain co-founded Rosman & Germain LLP.

Exhibit F
Page 63

ROSMAN & GERMAIN LLP
A LIMITED LIABILITY LAW PARTNERSHIP

**David M. Rosman** has practiced law in Los Angeles for more than forty years. Mr. Rosman has taken a substantial number of cases to trial before federal, state, and arbitration tribunals. Mr. Rosman has also handled a significant number of appeals which resulted in published decisions. Notable reported case: *Abdul-Jabbar v. General Motors Corp.*, 85 F.3d 407 (9th Cir. 1996). Mr. Rosman is *AV* rated by Martindale-Hubble. Mr. Rosman is a member of the California Bar and the Los Angeles County Bar Association.

Mr. Rosman graduated *Cum Laude* from Yale College in 1975 with a B.A. in philosophy. As an undergraduate, Mr. Rosman also studied at the University of London. Mr. Rosman received his J.D. degree from the UCLA Law School in June 1978. During law school, Mr. Rosman clerked for Justice Winslow Christian, of the California Court of Appeal. Mr. Rosman was admitted to the State Bar of California upon graduation in 1978. Mr. Rosman is admitted to practice law before the United States District Court for the Central District of California as well as the United States Court of Appeals for the Ninth Circuit.

Following graduation from law school, Mr. Rosman worked as an associate with the law firms of Long & Levit and Katz, Simon, Weiss & Notaras in Los Angeles. In 1982, Mr. Rosman joined the law firm of Berger, Kahn, Shafton & Moss as an associate and later partner. In 1989, Mr. Rosman started his own law firm. Thereafter, in January 1998, Mr. Rosman co-founded Rosman & Germain LLP.

**Recent Representative Actions**

*Kelsey v. Hubbard (In re Pinnacle Entertainment, Inc. Derivative Litigation)*, Los Angeles County Superior Court, Case No. BC287015. Lead Counsel for Derivative Plaintiff in action against board of directors and employees of gaming Company concerning alleged illegal activities at a Company sponsored golf tournament. Court approved settlement in which certain directors and officers of the Company resigned and agreed to assign stock and stock options to the Company worth tens of millions and dollars and further agreed to pay to the Company approximately $3,000,000 in cash compensation.

*In re KB Home Derivative Litigation*, Los Angeles County Superior Court, Case No. BC355179. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of a home manufacturer concerning option backdating. Court approved settlement in which Company agreed to adopt and/or maintain a series of significant industry-leading corporate governance enhancements and produced a direct financial benefit for the Company and its shareholders in the form of $31,000,000 in cash, forfeiture of 1,391,394 shares of restricted stock worth approximately $18,800,000 and forfeiture of 3,262,996 vested and unvested stock options by two former senior executives.

*In re Broadcom Corporation Derivative Litigation*, United States District Court, Central District of California, Case No. 06-cv-3252 R. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of computer chip manufacturer regarding allegations of backdating of stock options. Court approved settlement in which certain directors and officers agreed to settlement worth in excess of $200 million to the Company including the payment of cash and re-price and/or termination of outstanding stock options.

2

ROSMAN & GERMAIN LLP
A Limited Liability Law Partnership

*Everest Properties II, LLC v. Prometheus Development Co.*, San Mateo County Superior Court, Case No. CIV436873. Co-Counsel in action against general partner for breach of fiduciary duty in real estate limited partnership arising out of a merger and acquisition transaction. Following a lengthy trial, Plaintiffs obtained a Judgment against the General Partner in excess of $3,600,000. Judgment affirmed on appeal (Cal. Court of Appeal Case No. A114305) and award collected.

*In re The Cheesecake Factory Incorporated Derivative Litigation*, United States District Court, Central District of California, Case No. CV06-06234 ABC. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of hospitality Company concerning option backdating. Court approved settlement in which (1) Company agreed to adopt extensive corporate governance reforms, (2) Company executives agreed to repay exercised options, (3) Officers agreed to exchange misdated options, and (4) Company agreed to eliminate approximately $3,400,000 of "excess spread" through a tender offer.

*In re Ceradyne Inc. Derivative Litigation*, United States District Court, Central District of California, Case No. 06-cv-0919 JVS. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of a high technology firm which designs, manufactures, and markets a broad spectrum of ceramic products regarding allegations of options backdating. Court approved settlement in which Company agreed to adopt significant revisions to stock option grant practices and other corporate governance reforms as well as the "clawback" of certain cash and equity-based compensation received by officers and employees of the Company.

*In re Western Digital Corporation Derivative Litigation*, United States District Court, Central District of California, Case No. 06-cv-0729 ODW. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of computer chip manufacturer concerning allegations of backdating of stock options. Court approved settlement in which Defendants paid in excess of $500,000 to the Company and the Company adopted significant corporate governance changes which are designed to strengthen the Company's internal controls with respect to grant and accounting for stock options and increase shareholder involvement in Company governance.

*In re THQ, Inc. Derivative Litigation*, Los Angeles County Superior Court, Case No. BC357600. Liaison counsel for Derivative Plaintiffs in action against board of directors and officers of video game manufacturer arising out of allegations of backdating of stock options. Court approved settlement in which Company agreed to adopt significant revisions to stock option grant practices and other corporate governance reforms as well as the "clawback" of certain cash and equity-based compensation received by officers and employees of the Company.

*Dubbert v. Bartlett (In re Advanced Marketing Services, Inc.)*, United States District Court, Southern District of California, Case No. 05-cv-0706 BEN. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of Company which provides global customized services to book retailers and publishers arising out of allegations of backdating of stock options. Court approved settlement in which Company agreed to adopt significant revisions to stock option grant practices and other corporate governance reforms.

3

ROSMAN & GERMAIN LLP
A LIMITED LIABILITY LAW PARTNERSHIP

*In re Superior Industries International, Inc. Derivative Litigation*, United States District Court, Central District of California, Case No. 06-cv-7213 AHS. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of Company which manufactures and distributes automobile parts concerning allegations of backdating of stock options. Court approved settlement in which Company agreed to adopt significant revisions to stock option grant practices and other corporate governance reforms.

*In re Semtech Corporation Derivative Litigation*, Ventura County Superior Court, Case No. CIV241299. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of Company which manufactures analog and mixed-signal semiconductors concerning allegations that the Company backdated stock options. Court approved settlement in which the Company cancelled, rescind and/or re-priced stock options worth in excess of $9,000,000, re-priced other options, added two new independent directors, and enacted significant corporate governance reforms.

*In re J2 Global Communications, Inc. Derivative Litigation*, United States District Court, Central District of California, Case No. 06-cv-6475 CAS. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of Company which provides internet-based messaging and communications services to the public concerning allegations of stock options backdating. Court approved settlement in which the Company agreed to enact significant corporate governance reforms, including the addition of one new outside director.

*Lacerenza v. Zarley (In re ValueClick, Inc. Derivative Litigation)*, United States District Court, Central District of California, Case No. 07-cv-7174 DDP. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of online marketing services company concerning allegations that the Company engaged in illegal and deceptive practices with respect to its lead generation business. Court approved settlement in which the Company agreed to enact significant corporate governance reforms.

*Childers v. Bane (In re Big 5 Sporting Goods Corporation)*, Los Angeles County Superior Court, Case No. BC337945. Co-Counsel for Class Action and Derivative Plaintiffs in action against board of directors and officers of sporting goods retailer regarding misrepresentations in financial disclosures and irregularities in accounting practices. Court approved settlement in which the Company agreed to enact significant corporate governance reforms.

*Ke v. Margalit (MRV Communications, Inc. Derivative Litigation)*, Los Angeles County Superior Court Case No. BC393856. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of electronics manufacturer concerning allegations of stock options backdating. Court approved settlement in which the Company agreed to enact significant corporate governance reforms.

*In re Dockers Roundtrip Airfare Promotion Sales Practices Litigation*, United States District Court, Central District of California, Case No. 09-cv-2847 CAS. Co-Lead and Liaison Counsel for Consumer Class Action Plaintiffs in action against manufacturer, distributor and retailer of consumer goods concerning allegations that the defendants engaged in unfair and fraudulent business acts and practices by promising to award a

4

ROSMAN & GERMAIN LLP
A LIMITED LIABILITY LAW PARTNERSHIP

domestic roundtrip airline ticket to each consumer who purchased certain qualifying goods, but subsequently refused to provide the promised award. Class Action settlement approved by Court in which each class member received substantial benefits.

*Young v. Heimbuch* (First Federal Bank of California Stock Ownership Plan), United States District Court, Central District of California, Case No. 10-cv-8914 ODW. Liaison Counsel for Class Action Plaintiffs alleging that retirement plan fiduciaries of failed financial institution breached their duties owed to the beneficiaries with respect to the plan's holdings. Class Action settlement approved by Court in which each class member received substantial benefits.

*Harris v. First Regional Bancorp*, United States District Court, Central District of California, Case No. 10-cv-7164 CJC. Liaison Counsel for Class Action Plaintiffs alleging that retirement plan fiduciaries of failed financial institution breached their duties owed to the beneficiaries with respect to the Plans' holdings. Class Action settlement approved by Court in which each class member received substantial benefits.

*Kondracke v. Hanover Direct, Inc.*, United States District Court, Central District of California, Case No. 12-cv-05630 CAS. Co-Lead Counsel for Consumer Class Action Plaintiff in action involving allegations that the defendants engaged in unfair and fraudulent business acts and practices in connection with a consumer marketing program. Class Action settlement approved by Court in which the Court ordered substantial injunctive relief for the class.

*In re Ixia Shareholder Derivative Litigation*, United States District Court, Central District of California, Case No. 14-cv-03468 MMM. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of IT Company concerning allegations of fraud and breach of fiduciary duty. Settlement approved by Court in which the Company agreed to enact significant corporate governance reforms.

*Klein v. Butler* (In re Ocean Avenue Properties LLC), Los Angeles County Superior Court, Case No. BC646724. Counsel for Derivative Plaintiffs in action seeking the removal for cause of the Managing Member of real estate Limited Liability Company arising out of claims of breach of fiduciary duty, fraud, and self-dealing. Settlement reached in which Managing Member agreed to resign and surrender his membership interest in Company.

*In Re SNAP Inc. Securities Litigation*, United States District Court, Central District of California, Case No 17-cv-03679 SVW. Liaison Counsel for Plaintiffs in Securities Class Action alleging false and misleading Registration Statement and Prospectus issued in connection with the Company's initial public offering. After extensive litigation, the Parties reached a settlement in which Defendants created a common-fund of $154,687,500 in cash for the Class. Final Settlement approved by the District Court in March 2021.

Exhibit F
Page 67