POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movants*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>Defendants. | Case No. 2:21-cv-01810-CAS-E<br><br>NOTICE OF MOTION OF IESADA NARIYOSHI AND JOSEPH SAMIA FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL<br><br>DATE:  June 7, 2021<br>TIME:  10:00 a.m.<br>JUDGE:  Christina A. Snyder<br>CTRM:  8D, 8th Floor |
| CRISTIAN JESÚS MERINO MADRID, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>Defendants. | Case No. 2:21-cv-01991-CAS-E |

NOTICE OF MOTION

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Iesada Nariyoshi and Joseph Samia (collectively, "Movants"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order:  (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Movants as Co-Lead Plaintiffs on behalf of persons or entities who purchased or otherwise acquired AgEagle Aerial Systems, Inc. securities between September 3, 2019 and February 18, 2021, inclusive (the "Class"); and (3) approving Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Movants submit a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Movants are aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is April 27, 2021, on which date any member of the putative class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i).

Movants will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until April 28, 2021—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Movants' motion papers impracticable.  Under these circumstances, Movants respectfully request that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated:  April 27, 2021                                   POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movants and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movants*

NOTICE OF MOTION

2

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_/s/ Jennifer Pafiti_
Jennifer Pafiti