POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>    Defendants. | Case No. 2:21-cv-01810-CAS-E<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF IESADA NARIYOSHI AND JOSEPH SAMIA FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL<br><br>DATE: June 7, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Christina A. Snyder<br>CTRM: 8D, 8th Floor |
| CRISTIAN JESÚS MERINO MADRID, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>    Defendants. | Case No. 2:21-cv-01991-CAS-E |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Iesada Nariyoshi and Joseph Samia (collectively, "Movants"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by Movants for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Co-Lead Plaintiffs for the Class, and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart reflecting the financial interest of Movants in this litigation;

Exhibit B:   Notice of pendency of the first-filed of the Related Actions;

Exhibit C:   Shareholder Certifications executed by Movants;

Exhibit D:   Joint Declaration executed by Movants; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 27, 2021, at Calabasas, California.


                                        */s/ Jennifer Pafiti*
                                        Jennifer Pafiti

DECLARATION

1

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti