# EXHIBIT A

**AgEagle Aerial Systems, Inc. (UAVS)**
**Class Period: September 3, 2019 to February 18, 2021**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 68-Day* Mean Price $7.0770 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nariyoshi, Iesada | 2/3/2021 | 1,000 | $11.3481 | ($11,348) | 2/4/2021 | (3,000) | $12.4050 | $37,215 | | | |
| Nariyoshi, Iesada | 2/3/2021 | 2,000 | $11.3211 | ($22,642) | 2/9/2021 | (3,600) | $13.3401 | $48,024 | | | |
| Nariyoshi, Iesada | 2/4/2021 | 1,500 | $12.4397 | ($18,660) | | | | | | | |
| Nariyoshi, Iesada | 2/4/2021 | 2,000 | $12.4464 | ($24,893) | | | | | | | |
| Nariyoshi, Iesada | 2/5/2021 | 100 | $11.6978 | ($1,170) | | | | | | | |
| Nariyoshi, Iesada | 2/10/2021 | 3,000 | $15.6957 | ($47,087) | | | | | | | |
| **Nariyoshi, Iesada** | | **9,600** | | **($125,799)** | | **(6,600)** | | **$85,239** | **3,000** | **$21,231** | **($19,329)** |
| Shares were purchased after the corrective disclosure | | | | | | | | | | | |
| Nariyoshi, Iesada | 2/18/2021 | 100 | $8.5978 | ($860) | | | | | | | |
| **Samia, Joseph** | **1/28/2021** | **4,500** | **$11.0457** | **($49,706)** | | | | | **4,500** | **$31,847** | **($17,859)** |
| Summary | | | | | | | | | | | |
| Nariyoshi, Iesada | | 9,600 | | ($125,799) | | (6,600) | | $85,239 | 3,000 | | ($19,329) |
| Samia, Joseph | | 4,500 | | ($49,706) | | 0 | | $0 | 4,500 | | ($17,859) |
| **Total** | | **14,100** | | **($175,505)** | | **(6,600)** | | **$85,239** | **7,500** | | **($37,188)** |

*Avg Closing Prices from February 18 to April 26