**ROSMAN & GERMAIN LLP**
DANIEL L. GERMAIN (Cal. Bar #143334)
  germain@lalawyer.com
16311 Ventura Boulevard, Ste. 1200
Encino, CA 91436
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
NAUMON A. AMJED
  namjed@ktmc.com
RYAN T. DEGNAN
  rdegnan@ktmc.com
KARISSA J. SAUDER
  ksauder@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Johnavo Chris Bradley and
Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY, <br><br> Defendants. | No. 2:21-cv-01810-CAS (Ex) <br><br> <u>CLASS ACTION</u> <br><br> **REPLY DECLARATION OF DANIEL L. GERMAIN IN SUPPORT OF THE MOTION OF JOHNAVO CHRIS BRADLEY** <br><br> Date:       June 7, 2021 <br> Time:       10:00 a.m. <br> Courtroom:  8D <br> Judge:      Hon. Christina A. Snyder <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

REPLY DECLARATION OF DANIEL L. GERMAIN IN SUPPORT OF THE MOTION OF JOHNAVO CHRIS BRADLEY
CASE NOS.: 2:21-CV-01810 CAS (EX), *ET AL*

CRISTIAN JESÚS MERINO MADRID, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,

Defendants.

No. 2:21-cv-01991-CAS (Ex)

REPLY DECLARATION OF DANIEL L. GERMAIN IN SUPPORT OF THE MOTION OF JOHNAVO CHRIS BRADLEY
CASE NOS.: 2:21-CV-01810 CAS (EX), *ET AL*

I, Daniel L. Germain, declare as follows:

1.      I am a member in good standing of the bar of the State of California and of this Court.  I am, through my professional corporation, a partner at the law firm Rosman & Germain LLP.  I submit this Reply Declaration in further support of the motion filed by Johnavo Chris Bradley for consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of his selection of Kessler Topaz Meltzer & Check, LLP to serve as Lead Counsel for the class and Rosman & Germain LLP to serve as Liaison Counsel for the class.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Reply Declaration, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto is a true and correct copy of the following exhibit:

Exhibit A:   Chart of Johnavo Chris Bradley's transactions in AgEagle Aerial Systems, Inc. securities;

Exhibit B:   Supplemental Declaration of Johnavo Chris Bradley; and

Exhibit C:   Chart of prices of AgEagle Aerial Systems, Inc. common stock in February 2021, from Yahoo! Finance.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed: May 24, 2021, at Los Angeles, California.

/s/ Daniel L. Germain
DANIEL L. GERMAIN

REPLY DECLARATION OF DANIEL L. GERMAIN IN SUPPORT OF THE MOTION OF JOHNAVO CHRIS BRADLEY
CASE NOS.: 2:21-CV-01810 CAS (EX), ET AL                                                     1