# EXHIBIT A

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Purchase | 2/1/2021 | 21032-C40TH | 880 | $9.90 |
| Purchase | 2/1/2021 | 21032-C40TH | 220 | $9.89 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| Purchase | 2/1/2021 | 21032-FFKQK | 1,221 | $9.77 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Purchase | 2/1/2021 | 21032-HMTHP | 4,134 | $11.13 |
| Purchase | 2/1/2021 | 21032-HMTHP | 610 | $11.16 |
| Purchase | 2/1/2021 | 21032-HMTHP | 5 | $11.17 |
| Purchase | 2/1/2021 | 21032-HMTHP | 436 | $11.15 |
| Purchase | 2/1/2021 | 21032-HMTHP | 400 | $11.19 |
| Purchase | 2/1/2021 | 21032-HMTHP | 511 | $11.18 |
| Purchase | 2/1/2021 | 21032-HMTHP | 468 | $11.21 |
| Purchase | 2/1/2021 | 21032-HMTHP | 100 | $11.23 |
| Purchase | 2/1/2021 | 21032-HMTHP | 6,941 | $11.20 |
| Purchase | 2/1/2021 | 21032-HMTHP | 1,040 | $11.22 |
| Purchase | 2/1/2021 | 21032-HMTHP | 771 | $11.24 |
| Purchase | 2/1/2021 | 21032-HMTHP | 19,584 | $11.25 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Purchase | 2/1/2021 | 21032-JBSXF | 200 | $11.83 |
| Purchase | 2/1/2021 | 21032-JBSXF | 325 | $11.84 |
| Purchase | 2/1/2021 | 21032-JBSXF | 27,500 | $11.87 |
| Purchase | 2/1/2021 | 21032-JBSXF | 4,375 | $11.85 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Purchase | 2/1/2021 | 21032-JCG3F | 90 | $11.87 |
| Purchase | 2/1/2021 | 21032-JCG3F | 360 | $11.87 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Purchase | 2/2/2021 | 21033-DF4QC | 1 | $11.22 |
| Purchase | 2/2/2021 | 21033-DF4QC | 5,100 | $11.20 |
| Purchase | 2/2/2021 | 21033-DF4QC | 501 | $11.23 |
| Purchase | 2/2/2021 | 21033-DF4QC | 65 | $11.24 |
| Purchase | 2/2/2021 | 21033-DF4QC | 1,100 | $11.25 |
| Purchase | 2/2/2021 | 21033-DF4QC | 388 | $11.27 |
| Purchase | 2/2/2021 | 21033-DF4QC | 278 | $11.28 |
| Purchase | 2/2/2021 | 21033-DF4QC | 63 | $11.26 |
| Purchase | 2/2/2021 | 21033-DF4QC | 3,251 | $11.29 |
| Purchase | 2/2/2021 | 21033-DF4QC | 798 | $11.30 |
| Purchase | 2/2/2021 | 21033-DF4QC | 200 | $11.32 |
| Purchase | 2/2/2021 | 21033-DF4QC | 2,002 | $11.33 |
| Purchase | 2/2/2021 | 21033-DF4QC | 421 | $11.34 |
| Purchase | 2/2/2021 | 21033-DF4QC | 1,796 | $11.36 |
| Purchase | 2/2/2021 | 21033-DF4QC | 5,500 | $11.37 |
| Purchase | 2/2/2021 | 21033-DF4QC | 5,645 | $11.35 |
| Purchase | 2/2/2021 | 21033-DF4QC | 404 | $11.38 |
| Purchase | 2/2/2021 | 21033-DF4QC | 5,487 | $11.39 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Purchase | 2/5/2021 | 21036-C7Z1F | 700 | $11.54 |
| Purchase | 2/5/2021 | 21036-C7Z1F | 8,800 | $11.55 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| Purchase | 2/5/2021 | 21036-DC5WT | 295 | $11.47 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Sale | 2/1/2021 | 21032-DL2WT | 20 | $9.56 |
| Sale | 2/1/2021 | 21032-DL2WT | 880 | $9.56 |
| Sale | 2/1/2021 | 21032-DL2WT | 200 | $9.57 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Sale | 2/1/2021 | 21032-HVNGZ | 50 | $11.15 |
| Sale | 2/1/2021 | 21032-HVNGZ | 2,740 | $11.14 |
| Sale | 2/1/2021 | 21032-HVNGZ | 724 | $11.13 |
| Sale | 2/1/2021 | 21032-HVNGZ | 102 | $11.12 |
| Sale | 2/1/2021 | 21032-HVNGZ | 100 | $11.09 |
| Sale | 2/1/2021 | 21032-HVNGZ | 1,000 | $11.10 |
| Sale | 2/1/2021 | 21032-HVNGZ | 175 | $11.07 |
| Sale | 2/1/2021 | 21032-HVNGZ | 100 | $11.09 |
| Sale | 2/1/2021 | 21032-HVNGZ | 600 | $11.06 |
| Sale | 2/1/2021 | 21032-HVNGZ | 36 | $11.04 |
| Sale | 2/1/2021 | 21032-HVNGZ | 600 | $11.05 |
| Sale | 2/1/2021 | 21032-HVNGZ | 28,724 | $11.02 |
| Sale | 2/1/2021 | 21032-HVNGZ | 49 | $11.03 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Sale | 2/2/2021 | 21032-MVV6C | 1 | $10.96 |
| Sale | 2/2/2021 | 21032-MVV6C | 2,754 | $10.93 |
| Sale | 2/2/2021 | 21032-MVV6C | 310 | $10.91 |
| Sale | 2/2/2021 | 21032-MVV6C | 344 | $10.90 |
| Sale | 2/2/2021 | 21032-MVV6C | 1,227 | $10.89 |
| Sale | 2/2/2021 | 21032-MVV6C | 1,800 | $10.88 |
| Sale | 2/2/2021 | 21032-MVV6C | 1,132 | $10.87 |
| Sale | 2/2/2021 | 21032-MVV6C | 102 | $10.87 |
| Sale | 2/2/2021 | 21032-MVV6C | 1,600 | $10.88 |
| Sale | 2/2/2021 | 21032-MVV6C | 2,100 | $10.86 |
| Sale | 2/2/2021 | 21032-MVV6C | 22,701 | $10.86 |

| Transaction | Date | Order Number | Shares | Price |
|---|---|---|---|---|
| **BLOCK TRADE** | | | | |
| Sale | 2/3/2021 | 21034-DLWMP | 100 | $11.45 |
| Sale | 2/3/2021 | 21034-DLWMP | 1 | $11.49 |
| Sale | 2/3/2021 | 21034-DLWMP | 2,100 | $11.45 |
| Sale | 2/3/2021 | 21034-DLWMP | 19,399 | $11.45 |
| Sale | 2/3/2021 | 21034-DLWMP | 11,400 | $11.45 |

Exhibit A

Page 2