# **<u>EXHIBIT B</u>**

## SUPPLEMENTAL DECLARATION OF JOHNAVO CHRIS BRADLEY

I, Johnavo Chris Bradley, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Supplemental Declaration in further support of my Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the class action litigation pending against AgEagle Aerial Systems, Inc. ("AgEagle" or the "Company"). I have personal knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2. I am aware that a competing movant has challenged my motion on the basis that I am a purportedly "day trader." I dispute this characterization as I do not believe this term fairly describes my approach to my investing in AgEagle stock, which is generally predicated on a long-term investment strategy.

3. Prior to investing in AgEagle in February 2021, I reviewed articles and other publicly available information online regarding the Company. Based on my research, I believed AgEagle was a good long-term investment.

4. On February 1, 2021, I made my initial investments in AgEagle stock through my personally directed IRA account. All of my investments in AgEagle stock were made with my own funds and did not use funds from a margin trading account.

5. After making my initial investments in AgEagle stock, I sold my positions due to my concerns about the size of these positions relative to my total portfolio. I subsequently reconsidered and purchased AgEagle stock on February 5, 2021, with the intention of holding these shares long-term. I continue to hold all of the shares of AgEagle stock that I purchased on February 5, 2021.

6. Between February 1, 2021, and February 5, 2021, I placed a total of eight purchase orders and four sale orders for AgEagle stock. I understand that some of these orders were filled with smaller executed order batches. After my purchase and sale orders were placed, I did not direct how the orders should be filled. I was not aware of the final composition of the order

Exhibit B
Page 4

allotment until after my orders were fully executed by my broker.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to me are true and correct to the best of my knowledge.

Executed: _____5/24/2021_____    _____ _____ _____
                                         Johnavo Chris Bradley