# EXHIBIT C

Exhibit C
Page 6

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 2/1/2021 | $ 10.06 | $ 12.15 | $ 9.53 | $ 11.50 |
| 2/2/2021 | $ 11.87 | $ 11.92 | $ 10.60 | $ 11.10 |
| 2/3/2021 | $ 11.21 | $ 11.85 | $ 10.85 | $ 11.40 |
| 2/4/2021 | $ 11.43 | $ 12.89 | $ 11.08 | $ 12.41 |
| 2/5/2021 | $ 12.12 | $ 12.30 | $ 11.15 | $ 11.47 |
| 2/8/2021 | $ 11.30 | $ 12.20 | $ 10.71 | $ 12.00 |
| 2/9/2021 | $ 11.72 | $ 14.44 | $ 11.30 | $ 14.44 |
| 2/10/2021 | $ 15.15 | $ 17.68 | $ 13.66 | $ 15.69 |
| 2/11/2021 | $ 15.52 | $ 15.78 | $ 12.60 | $ 14.35 |
| 2/12/2021 | $ 13.79 | $ 14.96 | $ 13.35 | $ 14.70 |
| 2/16/2021 | $ 15.64 | $ 15.75 | $ 14.35 | $ 14.82 |
| 2/17/2021 | $ 14.20 | $ 15.22 | $ 13.62 | $ 14.09 |
| 2/18/2021 | $ 13.06 | $ 13.33 | $ 8.10 | $ 8.96 |
| 2/19/2021 | $ 11.00 | $ 11.74 | $ 9.66 | $ 10.32 |
| 2/22/2021 | $ 9.90 | $ 10.29 | $ 9.15 | $ 9.30 |
| 2/23/2021 | $ 7.88 | $ 8.66 | $ 7.00 | $ 8.01 |
| 2/24/2021 | $ 8.37 | $ 9.75 | $ 8.34 | $ 9.18 |
| 2/25/2021 | $ 9.40 | $ 9.40 | $ 7.76 | $ 7.99 |
| 2/26/2021 | $ 8.32 | $ 8.46 | $ 7.69 | $ 8.10 |

Exhibit C
Page 7