# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-1810-CAS(Ex); consolidated with CV21-1991-CAS(Ex) | Date | June 10, 2021 |
|---|---|---|---|
| Title | *SHAWN LOPEZ v. AGEAGLE ARIAL SYSTEMS, INC.; ET AL.;* consolidated with *CRISTIAN JESUS MERINO MADRID v. AGEAGLE AERIAL SYSTEMS; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) - ORDER CONSOLIDATING CASES

The Court hereby ORDERS as follows:

1.    Civil case nos. 2:21CV01810CAS(Ex) and 2:21CV01991CAS(Ex) were consolidated by Court Order of June 7, 2021.

2.    Civil case nos. 2:21CV01810CAS(Ex) and 2:21CV01991CAS(Ex) are related within the meaning of F.R.CivP. 42.

3.    Civil case no. 2:21CV01810CAS(Ex) and 2:21CV01991CAS(Ex) is consolidated into Civil Action No. 2:21CV01810CAS(Ex) for purposes of pretrial and discovery proceedings before this Court.

4.    All related actions that are subsequently filed in, or transferred to, this district shall be consolidated into this action for pretrial and discovery purposes. This Order shall apply to every such related action, absent order of the Court.

5.    The docket in Civil Action No. 2:21CV01810CAS(Ex) shall constitute the Master Docket for this action.

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-1810-CAS(Ex); consolidated with CV21-1991-CAS(Ex) | Date | June 10, 2021 |
|---|---|---|---|
| Title | *SHAWN LOPEZ v. AGEAGLE ARIAL SYSTEMS, INC.; ET AL.;* consolidated with *CRISTIAN JESUS MERINO MADRID v. AGEAGLE AERIAL SYSTEMS; ET AL.* | | |

6.   Every document filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE: AGEAGLE ARIAL SYSTEMS, INC., | Master File No. 2:21CV01810-CAS(Ex) c/w: 2:21CV01991CAS(Ex) |
|---|---|
| AND RELATED CASES. | [TITLE OF DOCUMENT] |
| This Document Relates To: | |

7.   The file in Civil Action No. 2:21CV01810-CAS(Ex) shall constitute the Master File for every action in the Consolidated Action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates:."  When a document applies to only some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:." the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in the said action (e.g. "No. 2:21CV01991CAS(Ex)(MADRID)").

8.   The parties shall file a Notice of Related Cases pursuant to Civil Local Rule 83-1.3, whenever a case that should be consolidated into this action is filed in, or transferred to, this district.  If the Court determines that the case is related, the clerk shall:
     a.   place a copy of this Order in the separate file for such action;
     b.   serve on plaintiffs' counsel in the new case a copy of this Order;
     c.   direct that this Order be served upon the defendants in the new case; and
     d.   make the appropriate entry in the Master Docket.

   **IT IS SO ORDERED.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |