| | |
|---|---|
| 1 | **ROSMAN & GERMAIN LLP** |
| 2 | DANIEL L. GERMAIN (Bar #143334)<br>  germain@lalawyer.com |
| 3 | 16311 Ventura Boulevard, Ste. 1200<br>Encino, CA 91436-2152 |
| 4 | Telephone: (818) 788-0877<br>Facsimile: (818) 788-0885 |
| 5 | *Liaison Counsel* |
| 6 | **KESSLER TOPAZ**<br>  **MELTZER & CHECK, LLP** |
| 7 | NAUMON A. AMJED<br>  namjed@ktmc.com |
| 8 | RYAN T. DEGNAN<br>  rdegnan@ktmc.com |
| 9 | KARISSA J. SAUDER<br>  ksauder@ktmc.com |
| 10 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 11 | Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 |
| 12 | |
| 13 | *Attorneys for Lead Plaintiff Johnavo Chris Bradley* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>Defendants. | No. 2:21-cv-01810 CAS (Ex)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><br>Courtroom:  8D<br>Judge:          Hon. Christina A. Snyder |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; CASE NO.: 2:21-cv-01810 CAS (Ex)

1  WHEREAS, on June 7, 2021, this Court issued an Order appointing Johnavo Chris Bradley as Lead Plaintiff, Kessler Topaz Meltzer & Check LLP as Lead Counsel and Rosman & Germain LLP as Liaison Counsel, ECF No. 48; and

WHEREAS, no defendant has yet answered or moved for sumary judgment in this action;

NOW, THEREFORE, Lead Plaintiff has determined, following an investigation, not to file an amended complaint and hereby gives notice, by his undersigned counsel of record, that this action is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A); and

Further, notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23(e) because Lead Plaintiff has not settled any claim, nor does Lead Plaintiff seek to voluntarily dismiss the claims of any certified class or any class proposed to be certified for purposes of settlement.

Dated: July 30, 2021                    Respectfully submitted,

**ROSMAN & GERMAIN LLP**

/s/ *Daniel L. Germain*
DANIEL L. GERMAIN (Bar # 143334)
   germain@lalawyer.com
16311 Ventura Boulevard, Ste. 1200
Encino, CA 91436
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
*Liaison Counsel*

**KESSLER TOPAZ
   MELTZER & CHECK, LLP**
NAUMON A. AMJED
   namjed@ktmc.com
RYAN T. DEGNAN
   rdegnan@ktmc.com
KARISSA J. SAUDER
   ksauder@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
*Attorneys for Lead Plaintiff Johnavo Chris Bradley*