UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                                           JS-6

| Case No. | Master File No. CV21-1810-CAS(Ex); consolidated with CV21-1991-CAS(Ex) | Date | August 26, 2022 |
|---|---|---|---|
| Title | IN RE: AGEAGLE ARIAL SYSTEMS, INC. [RELATES TO ALL ACTIONS] | | |

Present: The Honorable   CHRISTINA A. SNYDER, JUDGE

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          (IN CHAMBERS) - LEAD PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (Filed 08/23/2022)[51]

The Court is in receipt of and has reviewed the Response to Order to Show Cause[51] filed on August 23, 2022, in Master File No. 2:21cv01810. The Order to Show Cause ([50] filed in 2:21cv01810 & [14] filed in 2:21cv01991) is hereby discharged.

The Court concludes that lead plaintiff's Response[51] applies to all actions consolidated with the Master File. As indicated within the Response[51] and pursuant to the Notice of Voluntary Dismissal[49] filed by lead plaintiff in the Master File No. 2:21cv01810, this dismissal applies to all consolidated actions. Therefore, the Court hereby dismisses the above-referenced actions, without prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |